Anna F. Ryan, Administrator of Estate of Michael A. Ryan, Deceased, Plaintiff-Appellant, v. Frank J. Barr, Individually and as Executor of Estate of Jennie A. Ryan, Deceased, Veronica N. Barr et al., Defendants-Appellees.

Gen. No. 10,768.

Second District.

January 24, 1955.

Released for publication February 11, 1955.

Patrick T. Driscoll, for appellant; Dunn & Hayes, and Arley Munts, for appellees. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.